# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DELANE HERRON )
 )
_____ )
_____ )
_____ )
_____ )
(Full Name of Plaintiff or Plaintiffs) )
 )
vs )   Case No. **13-C-1421**
TEL Smith )   (Supplied by Clerk)
_____ )
_____ )
_____ )
(Full Name of Defendant or Defendants) )

U.S. DISTRICT COURT
EASTERN DISTRICT
FILED
2013 DEC 18 P 3: 0
JON W. SANFILIPPO
CLERK

## COMPLAINT

### I.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
☐ YES   ☒ NO

B.  Have you begun other lawsuits in state or federal court?
☐ YES   ☒ NO

C.  If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

1.  Parties to the previous lawsuit

    Plaintiff(s) _____ N/A _____

    Defendant(s) _____ N/A _____

2.  Court in which lawsuit brought (if federal court, name district: if state court, name the county)

3. Docket number _____

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)?
   _____
   _____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

## II. PARTIES

A. Your name (PLAINTIFF) **DELANE HERRON**

B. Your Address and Phone Number **4022 N. 45TH M/lw, WI 53216 (414) 378-7307**
(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) **TEL Smith**

D. Defendants address **10910 North Industrial Drive mequon, WI 53092**

E. Additional DEFENDANTS (names and addresses) _____
   _____
   _____

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate **numbered** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

**STATEMENT OF CLAIM**-Continued

On February 6, 2012 I began my employment with the DEFENDANT in the position of Production Helper. In early March 2013 I was awarded the position of Machine Shop Inspector. After being awarded the position, I was denied proper training and was required to complete three skills tests, none of which were ever administered to any other employee in the 100 year history of TelSmith before me. After passing all three test and being subjected to three more that I also passed, on or about March 22, 2013 I was removed from the Machine Shop Inspector position and the position was given to a white employee. On April 19, 2013 I was laid off.

Begin statement of claim: I believe that the DEFENDANT discriminated against me on the basis of my race (Black) by denying me proper Training, requiring me to test for a promotional position that in the 100 year history of TelSmith only required the awarded person to have the most Seniority to be awarded the position which I had the most, and removing me from the promotional position and subjecting me to layoff, in Violation of Title VII of the Civil Rights Act of 1964, as amended.

UNITED STATES DISTRICT COURT FOR THE ~~NORTHERN DISTRICT OF FLORIDA~~ Eastern District of Wisconsin
_____Civil_____ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
**TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983**

DELANE HERRON
_____.
(Enter full name of Plaintiff(s))

vs.

TELSMITH ,
_____,
_____,
_____,
_____.
(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

CASE NO: _____
(To be assigned by Clerk)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

**I.  PLAINTIFF:**
State your full name and full mailing address in the lines below.

Name of Plaintiff: DELANE HERRON
Mailing address: 4022 N. 45TH ST
MILW, WI 53216

**II.  DEFENDANT(S):**
State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: TELSMITH
    Official position: MAChine Shop
    Employed at: TElSmiTh
    Mailing address: 10910 North Industrial Drive
    Mequon, WI 53092

(2) Defendant's name: ___
    Official position: ___
    Employed at: ___
    Mailing address: ___

(3) Defendant's name: ___
    Official position: ___
    Employed at: ___
    Mailing address: ___

(4) Defendant's name: ___
    Official position: ___
    Employed at: ___
    Mailing address: ___

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

## IV. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

I believe that the Respondent discriminated against me on the basis of my race (Black) by denying me proper training, requiring me to test for a promotional position that in the 100 year history of TelSmith only required the awarded person to have the most seniority to be awarded the position which I had the most, and removing me from the promotional position and subjecting me to layoff, in violation of Title VII of The Civil Rights Act of 1964, as amended.

## V. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Seeking a settlement of $40,000 to $120,000 which would not exceed over 3 years of my yearley salary that I was making before they unlawfully removed me from my position forcing me to go back to College for more classes that will help me get back to the level of income that I was making at Telsmith which could take up to three years to complete.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

12-18-13
(Date)

(Signature of Plaintiff)

Revised 07/02

## III. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

On February 6, 2012, I began my employment with the DEFEDANT, in the position of Production Helper. In early March 2013 I was awarded the position of Machine Shop Inspector. After being awarded the position, I was denied proper training and was required to complete three skills tests, none of which were ever administered to any other employee in the 100 year history of TEISMITH before me. After passing all three test and being subjected to three more that I also passed, on or about March 22, 2013 I was removed from the Machine Shop Inspector position and the position was given to a White employee. On April 19, 2013 I was laid off.

3

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

Seeking A Settlement of $40,000 to $120,000 which would not exceed over 3 years of my yearley Salary that I was making before they Unlawfully Removed Me From my Position forcing Me to go back to College for More Classes That will help me get back to the level of Income That I was making at telsmith which could Take up to Three years to Complete

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __18__ day of __Dec__, __2013__.

_____
(Signature of Plaintiff(s))

Department of Workforce Development
Equal Rights Division
819 N. 6th Street, Rm. 723
Milwaukee, WI 53203-1697
Telephone: (414) 227-4384
Fax: (414) 227-4084
TTY: (414) 227-4081



STATE OF WISCONSIN

Department of Workforce Development

Scott Walker, Governor
Reginald J. Newson, Secretary
Joe Handrick, Division Administrator

## NOTICE OF COMPLAINT - EEOC TO PROCESS INITIALLY

July 08, 2013

TELSMITH
10910 N INDUSTRIAL DR
MEQUON WI 53092
    Respondent

Re:    ERD Case No. CR201301710
        EEOC Case No. 443201300954C

To Whom It May Concern:

The enclosed charge of discrimination, which was originally filed with the Federal Equal Employment Opportunity Commission (EEOC), has also been filed with the State of Wisconsin Equal Rights Division (ERD). The ERD and the EEOC have a work sharing agreement which covers the processing of complaints of discrimination that are prohibited under both federal law and the Wisconsin Fair Employment Act. The work sharing agreement provides that the agency which originally receives the complaint will process it first. Therefore, the ERD will take no action pending the EEOC's processing of this complaint.

If you have any further questions regarding this case, please contact the EEOC at 414-297-1112. Remember to have your EEOC case number ready for reference.

cc:   Complainant
      EEOC

Enclosure

Department of Workforce Development
Equal Rights Division
819 N. 6th Street, Rm. 723
Milwaukee, WI 53203-1697
Telephone: (414) 227-4384
Fax: (414) 227-4084
TTY: (414) 227-4081



**STATE OF WISCONSIN**

Department of Workforce Development

Scott Walker, Governor
Reginald J. Newson, Secretary
Joe Handrick, Division Administrator

## NOTICE OF COMPLAINT - EEOC TO PROCESS INITIALLY

July 08, 2013

TELSMITH
10910 N INDUSTRIAL DR
MEQUON WI 53092
    Respondent

Re:    ERD Case No. CR201301710
        EEOC Case No. 443201300954C

To Whom It May Concern:

The enclosed charge of discrimination, which was originally filed with the Federal Equal Employment Opportunity Commission (EEOC), has also been filed with the State of Wisconsin Equal Rights Division (ERD). The ERD and the EEOC have a work sharing agreement which covers the processing of complaints of discrimination that are prohibited under both federal law and the Wisconsin Fair Employment Act. The work sharing agreement provides that the agency which originally receives the complaint will process it first. Therefore, the ERD will take no action pending the EEOC's processing of this complaint.

If you have any further questions regarding this case, please contact the EEOC at 414-297-1112. Remember to have your EEOC case number ready for reference.


cc:   Complainant
      EEOC

Enclosure

ERD-7087-MAD-E (R. 08/12)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 443-2013-00954 |

**Wisconsin Equal Rights Division** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Delane Herron | (414) 378-7307 | ▓▓-1971 |

Street Address: 8879 N 70th Street, Milwaukee, WI 53223

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| TELSMITH | 101 - 200 | (414) 242-0069 |

Street Address: 10910 North Industrial Drive, Mequon, WI 53092

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-22-2013  Latest: 04-19-2013
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On February 6, 2012, I began my employment with the Respondent in the position of Production Helper. In early March 2013, I was awarded the position of Machine Shop Inspector. After being awarded the position, I was denied proper training and was required to complete three skills tests, none of which were ever administered to any other employee before me. On or about March 22, 2013, I was removed from the Machine Shop Inspector position and the position was given to a White employee. On April 19, 2013, I was laid off.

I believe that the Respondent discriminated against me on the basis of my race (Black), by denying me proper training, requiring me to test for a promotional position, removing me from the promotional position and subjecting me to layoff, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED
MAY 0 9 2013

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA <br> [X] EEOC | 443-2013-00954 |

Wisconsin Equal Rights Division and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Delane Herron | (414) 378-7307 | ▬-1971 |

Street Address: 8879 N 70th Street, Milwaukee, WI 53223

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| TELSMITH | 101 - 200 | (414) 242-0069 |

Street Address: 10910 North Industrial Drive, Mequon, WI 53092

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-22-2013    Latest: 04-19-2013

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On February 6, 2012, I began my employment with the Respondent in the position of Production Helper. In early March 2013, I was awarded the position of Machine Shop Inspector. After being awarded the position, I was denied proper training and was required to complete three skills tests, none of which were ever administered to any other employee before me. On or about March 22, 2013, I was removed from the Machine Shop Inspector position and the position was given to a White employee. On April 19, 2013, I was laid off.

I believe that the Respondent discriminated against me on the basis of my race (Black), by denying me proper training, requiring me to test for a promotional position, removing me from the promotional position and subjecting me to layoff, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED
MAY 09 2013

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 04/29/13    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 161 (11/09)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Delane Herron<br>8879 N 70th Street<br>Milwaukee, WI 53223 | From: | Milwaukee Area Office<br>310 West Wisconsin Ave<br>Suite 800<br>Milwaukee, WI 53203 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 443-2013-00954 | Aurora Cheong-Ojeda,<br>Enforcement Supervisor | (414) 297-1111 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

John P. Rowe,
Director

SEP 18 2013

*(Date Mailed)*

Enclosures(s)

cc:
Attn: Darren Maurer, Human Resources Director
**TELSMITH**
10910 North Industrial Drive
Mequon, WI 53092