# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**DELANE HERRON,**

    **Plaintiff,**

v.           Case No. 13-CV-1421

**TELSMITH, INC.,**

    **Defendant.**

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came before the court, the issues have been decided and a decision has been rendered.

**IT IS ORDERED** that judgment is entered in favor of the defendant granting its motion for summary judgment (Docket # 25) and against the plaintiff.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**

      Approved:  *s/Nancy Joseph*
             NANCY JOSEPH
             United States Magistrate Judge

Dated: July 9, 2015

             JON W. SANFILIPPO
             Clerk of Court

             *s/B. Ray*
             (By) Deputy Clerk